O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CALLAEJAS, YNIRA MARITZA SANCHEZ<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BNC MORTGAGE, INC.,<br>AMERICA'S SERVICING COMPANY,<br>AFFILIATES, AGENTS, ASSIGNS,<br><br>　　　　　　Defendants.<br>_____ | Case No. CV 08-03603 DDP (CTx)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**<br><br>[Motion filed on June 10, 2008] |

　　Defendant America's Servicing Company's unopposed Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

Dated: August 5, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　	                         	 United States District Judge